IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01590-RPM

U. S. SPECIALTY INSURANCE COMPANY,

    Plaintiff,

v.

ESTATE OF JOHN CHARLES EARLEY, JR.,

    Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to Procedural Order Number One entered by this Court on October 19,

2015, counsel have contacted chambers to set a date and time for a Scheduling

Conference pursuant to Rule 16 and it is

    ORDERED that a scheduling conference will be held on **January 20, 2016, at**

**10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with

the Instructions for Preparation of Scheduling Order which may be found at

**http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch

Procedures) and use the format provided with those instructions (Rev. 6/23/15). The

proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on January 11, 2016.** The conference is conducted with lead counsel

present in person. No parties or representatives of parties will be permitted to attend.

DATED:   December 7th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge